**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6552**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JUAN ROBERTO GONZALEZ DE LA MORA,

Defendant - Appellant.

_____

**No. 24-6118**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JUAN ROBERTO GONZALEZ DE LA MORA,

Defendant - Appellant.

_____

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:20-cr-00109-M-1; 5:21-cv-00505-M)

_____

Submitted:  October 31, 2024                    Decided:  March 31, 2025

_____

Before AGEE, RUSHING, and BENJAMIN, Circuit Judges.

———————————

No. 23-6552, dismissed; No. 24-6118, affirmed by unpublished per curiam opinion.

———————————

Juan Roberto Gonzalez De La Mora, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Roberto Gonzalez De La Mora seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 580 U.S. 100, 115-17 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the motion states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Gonzalez De La Mora has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal from the district court's § 2255 order.

Gonzalez De La Mora also appeals the district court's order denying without prejudice his postjudgment motion to amend his § 2255 motion. Because the court denied the motion on procedural grounds unrelated to the merits, a certificate of appealability is not required. *See United States v. McRae*, 793 F.3d 392, 399-400 (4th Cir. 2015). Upon review, we discern no reversible error. We therefore affirm the court's order. *United States v. Gonzalez De La Mora*, No. 5:20-cr-00109-M-1 (E.D.N.C. Nov. 29, 2023).

3

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*No. 23-6552, DISMISSED;*
*No. 24-6118, AFFIRMED*